COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

IN RE: RUDOLPH AUTOMOTIVE, LLC §      No. 08-18-00149-CV
D/B/A RUDOLPH MAZDA AND
RUDOLPH CHEVROLET, LLC, §      AN ORIGINAL PROCEEDING

Relators. §      IN MANDAMUS

§

## O R D E R

The Court GRANTS the Real Parties in Interest's third motion for extension of time within which to file the response until **August 5, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE REAL PARTIES IN INTEREST'S RESPONSE TO RELATORS' AMENDED PETITION FOR WRIT OF MANDAMUS WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Amy Leila Saberian, the Real Parties in Interest's Attorney, prepare the response and forward the same to this Court on or before August 5, 2019.

IT IS SO ORDERED this 26th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.